# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135556

CITY OF SOUTHFIELD and SOUTHFIELD
CITY CLERK,
          Petitioners-Appellees,

v

LAURICE COVENSKY,
          Respondent-Appellant,

and

THE TARGET CORPORATION,
          Respondent-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135556
COA: 273101
Oakland CC: 2006-074439-CZ

_____/

       On order of the Court, the application for leave to appeal the November 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008                           _____
                                         Clerk

p0317